■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHALLICKE McRAE, Also Known as YUHURA McCRAY, Appellant. [696 NYS2d 903] —Appeal by the defendant from a judgment of the County Court, Nassau County (Honorof, J.), rendered February 2, 1998, convicting him of attempted aggravated assault upon a police officer, criminal possession of a weapon in the second degree, criminal possession of a weapon in the third degree, and reckless endangerment in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the court's *Allen* charge (*see, Allen v United States,* 164 US 492) was coercive is not preserved for appellate review since he did not raise a specific objection on that ground before the trial court (*see, People v Ramkisson,* 245 AD2d 393). In any event, read as a whole, the court's *Allen* charge was proper (*see, People v Cowen,* 249 AD2d 560).

The defendant's remaining arguments are either unpreserved for appellate review (*see,* CPL 470.05 [2]) or without merit (*see, People v Payne,* 88 NY2d 172; *People v Kovzelove,* 242 AD2d 477; *People v Campbell,* 228 AD2d 689; *People v Okafore,* 72 NY2d 81; *People v Satterfield,* 66 NY2d 796; *People v Suitte,* 90 AD2d 80). Mangano, P. J., O'Brien, Ritter and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN MILLER, Appellant. [696 NYS2d 903] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Appelman, J.), rendered May 2, 1997, convicting him of criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence. The appeal brings up for review the denial, after a hearing, of those branches of the defendant's omnibus motion which were to suppress physical evidence and a statement made to law enforcement authorities.

Ordered that the judgment is affirmed.

The Supreme Court properly denied those branches of the defendant's omnibus motion which were to suppress physical evidence and his statement (*see, People v Hollman,* 79 NY2d 181; *People v De Bour,* 40 NY2d 210; *People v Thornton,* 238 AD2d 33). O'Brien, J. P., Sullivan, Altman and Krausman, JJ., concur.